UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Duncan J. McNeil, III

    v.                        Case No. 05-fp-433

United States, et al.

**O R D E R**

Plaintiff has been enjoined from further filings with this court without leave of court.  The filing of December 19, 2005 is a continuation of his vexatious litigant filings.  The filing is rejected and is not to be accepted by the Clerk.

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: January 18, 2006

cc:  Duncan J. McNeil, III, *pro se*