**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Duncan J. McNeil, III

   v.                                             Case No. 05-fp-433

United States, et al.

**O R D E R**

"Appellant" has failed to file a motion and affidavit which complies with First Circuit Local Rule of Appellate Procedure 24(a) and Form 4. His "Amended Notice of Appeal; IFP Application" is denied under Rule 24(a) for failure to provide the required information and because any appeal is wholly without merit and is frivolous.

**SO ORDERED.**

                                                    /s/ James R. Muirhead
                                                    James R. Muirhead
                                                    United States Magistrate Judge

Date: February 7, 2006

cc:   Duncan J. McNeil, III, *pro se*